**PROSKAUER ROSE LLP**

A NEW YORK LIMITED LIABILITY PARTNERSHIP
Lawrence R. Sandak, Managing Resident Partner

One Newark Center
Newark, NJ 07102-5211
Telephone 973.274.3200
or 212.736.8185
Fax 973.274.3299

BOCA RATON
BOSTON
CHICAGO
LONDON
LOS ANGELES
NEW ORLEANS
NEW YORK
PARIS
SÃO PAULO
WASHINGTON

**Wanda L. Ellert**
Senior Counsel

Direct Dial 973.274.3285
wellert@proskauer.com

September 30, 2008

**VIA ECF and Regular Mail**

The Honorable Esther Salas, U.S.M.J.
U.S. District Court for the District of New Jersey
ML. King, Jr. Federal Bldg. & Courthouse
50 Walnut Street
Newark, NJ 07102

Re:   Raetsch, et al. v. Lucent Techologies, et al.
      2:05-cv-5134 (PGS) (ES)

Dear Judge Salas:

The parties in the above-referenced matter respectfully and jointly request that the Joint Motion to Enter Proposed Stipulations and Orders, Including Sealing of Protected Claims Data filed on September 16, 2008, which was returnable on October 20, 2008, be withdrawn. The parties thank the Court for its consideration.

Respectfully submitted,

PROSKAUER ROSE LLP
Attorneys for Defendants

By: s/Wanda L. Ellert
    Wanda L. Ellert (wellert@proskauer.com)

Respectfully submitted,

SANDALS & ASSOCIATES, P.C.
Attorneys for Plaintiffs and the
  Proposed Class

By: s/Scott M. Lempert
    Scott M. Lempert
    (slempert@sandalslaw.com)

So Ordered,
Esther Salas 10/8/08

cc:   Alan M. Sandals, Esq.
      David S. Preminger, Esq.