# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PETER A. RAETSCH, GERALDINE RAETSCH, CURTIS C. SHIFLETT, WILLIAM FOSTER, JR., JOAN W. FOSTER, STANLEY C. THOMAS, and LARRY F. THOMPSON, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | CIVIL ACTION NO. |
| v. | 2:05-cv-5134 (PGS) (ES) |
| LUCENT TECHNOLOGIES, INC., ALCATEL-LUCENT USA INC., LUCENT TECHNOLOGIES, INC. EMPLOYEE BENEFITS COMMITTEE, and LUCENT TECHNOLOGIES, INC. MEDICAL EXPENSE PLAN FOR RETIRED EMPLOYEES, | CLASS ACTION  MOTION DATE:  May 18, 2009 |
| Defendants. | |

TO:   Howard Shapiro                                           Wanda L. Ellert
      Robert W. Rachal                                          **PROSKAUER ROSE LLP**
      Brian S. Neulander                                        One Newark Center, 18th Floor
      **PROSKAUER ROSE LLP**                                    Newark, NJ  07102-5211
      650 Poydras Street, Suite 1800
      New Orleans, LA  70130

## AMENDED NOTICE OF PLAINTIFFS' MOTION
## FOR CLASS ACTION CERTIFICATION

PLEASE TAKE NOTICE that on Monday, May 18, 2009 at 10:00 A.M., or as soon thereafter as counsel may be heard, plaintiffs Peter A. Raetsch, et al., will move before this Court pursuant to Fed. R. Civ. P. 23 for an Order granting class action certification of this action.

PLEASE TAKE FURTHER NOTICE that in support of their Amended Motion for Class Action Certification, plaintiffs will rely upon the Amended Memorandum filed herewith (which

incorporates only minor revisions of the original supporting Memorandum), together with the Affidavits of Alan M. Sandals, David S. Preminger, and Stuart I. Wohl filed on March 13, 2009 in connection with the original motion (Docket # 97).

This amendment to the previously filed motion, and the amendments to the accompanying proposed Order and supporting Memorandum, reflect plaintiffs' filing of their First Amended Complaint on May 4, 2009 (Doc. # 109). The First Amended Complaint joins additional named plaintiffs and proposed class representatives.

An amended Memorandum and an amended proposed form of Order accompany this filing.

Dated: March 13, 2009/May 11, 2009

                                      Respectfully submitted,

                                      **SANDALS & ASSOCIATES, P.C.**

                                      By:    s/ Scott M. Lempert
                                      Scott M. Lempert
                                      Alan M. Sandals
                                      One South Broad Street
                                      Suite 1850
                                      Philadelphia, PA 19107
                                      (215) 825-4000

                                      David S. Preminger
                                      **KELLER ROHRBACK, LLP**
                                      275 Madison Avenue
                                      Suite 1425
                                      New York, NY 10016
                                      (212) 878-8890

                                      Counsel for Plaintiffs and the Proposed Class

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Amended Notice of Plaintiffs' Renewed Motion for Class Action Certification, amended supporting Memorandum, and amended proposed Order were served upon counsel listed below on May 11, 2009 by ECF Filing and UPS Overnight Service:

>Howard Shapiro
>Robert W. Rachal
>Brian S. Neulander
>**PROSKAUER ROSE LLP**
>650 Poydras Street, Suite 1800
>New Orleans, LA  70130
>
>Wanda L. Ellert
>**PROSKAUER ROSE LLP**
>One Newark Center, 18th Floor
>Newark, NJ  07102-5211
>
>Attorneys for Defendants

s/ Scott M. Lempert
Scott M. Lempert
