**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>**UNITED STATES MAGISTRATE JUDGE** | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 2037**<br>**NEWARK, NJ 07101**<br>**973-297-4887** |

September 30, 2009

**LETTER ORDER**

Re:   **Peter A. Raetsch, et al. v. Lucent Technologies, Inc., et al.**
      **Civil Action No. 05-5134 (PGS)**

Dear Counsel:

Please be advised that a telephone status conference has been scheduled for **October 30, 2009 at 10:00 a.m..** Counsel for the Plaintiff is to initiate the call. Should you have any questions please call (973) 297-4887.

**SO ORDERED.**

                                    *s/Esther Salas*
                                    **Esther Salas, U.S.M.J**